IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 3:26-cr-25-DPM**

**ANDREW HENRY** **DEFENDANT**

# ORDER

Russell Wood is relieved as counsel for Henry. After reviewing Wood's *ex parte* report, *Doc. 26*, Henry's letters, and considering the additional comments from each of them at the 6 November 2026 hearing, the Court finds that the attorney-client relationship is irreparably broken. *U.S. v. Taylor*, 652 F.3d 905, 908 (8th Cir. 2011).

Pursuant to the Criminal Justice Act and this Court's CJA plan, Jonathan Lane is appointed as CJA counsel for Henry:

Jonathan T. Lane
The Lane Firm
610 E. 6th Street
Little Rock, Arkansas 72202
lane@thelanefirm.com

The Court directs the Clerk to send Henry a copy of this Order. Wood must promptly provide his case file to Lane.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

10 November 2026